IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**THOMAS R. HAYES,**

    **Plaintiff,**

v.     Case No. 4:19cv97-MW/EMT

**CORIZON HEALTH, INC., et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 150. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendants' motions to dismiss, ECF Nos. 116 and 119, are **DENIED**. The Clerk is directed to terminate ECF No. 109.[1] This case is transferred to the United

---

[1] Defendants Inch, Jones, and Florida Department of Corrections filed a notice of dismissal pursuant to a settlement agreement. ECF No. 145. This Court construed the notice as a motion to dismiss and dismissed Plaintiff's Amended Complaint, ECF No. 102, with prejudice as to Defendants Inch, Jones, and Florida Department of Corrections. ECF No. 148. This dismissal mooted Defendant Jones's motion to dismiss, ECF No. 109.

1

States District Court for the Middle District of Florida. The Clerk shall take all steps necessary to effect the transfer and close the file.

**SO ORDERED on October 22, 2020.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**